[No. 4768–1. Division One. July 17, 1978.]

NORDIC FURY, INC., *Appellant*, v. NORTHERN COMMERCIAL CO., INC., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 775605, Horton Smith, J., entered May 5, 1976. *Affirmed* by unpublished opinion per Williams, J., concurred in by Ringold and Munson, JJ.

[No. 5016–1. Division One. July 17, 1978.]

*In the Matter of the Welfare of*
SHERESSE YVETTE STUBBLEFIELD.

SANDRA YVETTE STUBBLEFIELD, *Appellant*, v. ALFRED A. BROWN, ET AL, *Respondents*.

Appeal from judgments of the Superior Court for King County, Nos. J–78431, 808243, Jerome M. Johnson, J., entered July 27, 1976. *Affirmed* by unpublished opinion per Andersen, J., concurred in by James and Dore, JJ.

[No. 5582–1. Division One. July 17, 1978.]

THE STATE OF WASHINGTON, *Appellant*, v. EARL RIDDLE, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 8298, Dennis J. Britt and Phillip G. Sheridan, JJ., entered April 11 and 8, 1977. *Reversed* by unpublished opinion per Swanson, J., concurred in by James and Williams, JJ.